IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | CRIMINAL NO. 18-30089-NJR |
| vs. | ) ) ) | Title 18, United States Code, Sections 2252A(a)(2)(B) & (b)(1) |
| BRIAN K. SMITH, | ) ) | |
| Defendant. | ) | |

**FILED**

## INDICTMENT

MAY 23 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**THE GRAND JURY CHARGES:**

### COUNT I

**DISTRIBUTION OF CHILD PORNOGRAPHY**

On or about April 21, 2016, in Madison County, Illinois, which is within the Southern District of Illinois,

**BRIAN K. SMITH,**

defendant herein, did knowingly distribute visual depictions containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including but not limited to the following: "Video_16-11-2015_5_40_27_am.mp4" – a video file which depicts an adult male performing oral sex on a prepubescent female and penetrating her vagina with a sexual toy, that shipped or transported in or affecting interstate or foreign commerce by any means, including by computer; all in violation of Title 18, United States Code, Section 2252A(a)(2)(B) & (b)(1).

**A TRUE BILL**

███████████████████████

_____
CHRISTOPHER R. HOELL
Assistant United States Attorney

_____
DONALD S. BOYCE
United States Attorney

Recommended Bond: Bond